from the Court of Appeals for Stark County. Upon consideration of appellant's motion to seal the supplement,

It is ordered by the court that the motion is granted.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0559.   Colonial Village Ltd. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–A–987.

**2008–0560.   Colonial Terrace Apts. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–A–993.

**2008–0561.   Colonial Terrace Apts. II v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–A–992.

## CASE ANNOUNCEMENTS

*April 2, 2008*

[Cite as *04/02/2008 Case Announcements,* 2008-Ohio-1575.]

## MISCELLANEOUS DISMISSALS

**2007–2015.   State ex rel. Maynard v. Columbus.**
Franklin App. No. 07AP–8, 2007-Ohio-5345. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed

**2008–0367.   Duke Energy Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 03–93–EL–ATA, 03–2079–EL–AAM, 03–2081–EL–AAM, and 03–2080–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant Duke Energy Ohio, Inc.'s application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, Duke Energy Ohio, Inc.'s appeal is dismissed.

Upon consideration of the Public Utilities Commission of Ohio and the Office of the Ohio Consumers' Counsel's motions to strike the notice of appeal and to dismiss the appeal of Duke Energy Ohio, Inc.,

It is ordered by the court that the motions are denied as moot.

The appeal of the Office of the Ohio Consumers' Counsel remains pending before the court.